DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN GAUTHIER,**
Appellant,

v.

**CAROLYN GAUTHIER,**
Appellee.

No. 4D2023-1627

[March 13, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez-Levine, Judge; L.T. Case No. COWE23001537.

John Gauthier, Davie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***